UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **ED CV 20-1683-JFW(SHKx)**                                     Date:  August 20, 2021

Title:   Javier Lozano -v- Neovia Logistics Distribution, LP, et al.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                      None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

      Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on September 17, 2020 (Docket No. 17), Plaintiff Javier Lozano ("Plaintiff") was ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by August 19, 2021.  Plaintiff has violated the Court's Order by failing to file *any* of the required Pre-Trial Documents.

      As a result of Plaintiff's violation of the Court's CMO, the Court **DISMISSES without prejudice** the remaining claims in this action, specifically Plaintiff's third cause of action for failure to pay wages upon separation of employment in violation of California Labor Code § 203 and Plaintiff's fourth cause of action for unfair competition in violation of California Business & Professions Code §§ 17200, *et seq.*  *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  All pretrial dates and the trial date in this action are hereby **VACATED**.

      IT IS SO ORDERED.